938 A.2d 915

IN THE MATTER OF SCOTT L. WILLIAMS, AN ATTORNEY
AT LAW (ATTORNEY NO. 029191994).

November 28, 2007.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–077, concluding on the record certified to the Board pursuant to *Rule* 1:20–4(f)(default by respondent), that **SCOTT L. WILLIAMS** of **WALLINGFORD, PENNSYLVANIA,** who was admitted to the bar of this State in 1994, should be censured for violating *RPC* 8.1(b) and *Rule* 1:20–3(g)(4)(failure to cooperate with disciplinary authorities);

And respondent having failed to appear on the Order to Show Cause issued in this matter;

And good cause appearing;

It is ORDERED that **SCOTT L. WILLIAMS** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of; this matter, as provided in *Rule* 1:20–17.